UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ANGEL A.P.,

                          Plaintiff,                5:24-cv-417 (BKS/ML)

v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

**Appearances:**

*For Plaintiff:*
Cindy Domingue-Hendrickson
Peter Zisser
Legal Aid Society of Mid-New York Inc.
120 Bleecker Street
Utica, NY 13501

*For Defendant:*
Office of General Counsel
Social Security Administration
Vernon Norwood
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of her application for disability and supplemental security income benefits. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Miroslav Lovric for a Report-Recommendation. (Dkt. No. 4); Local Rule 72.3(e). On June 30, 2025, after reviewing the parties' briefs, (Dkt. Nos. 17, 21, 24), and the Administrative Transcript, (Dkt. No. 12), Magistrate Judge Lovric issued a Report-Recommendation recommending that the

Commissioner's decision be affirmed; Defendant's motion for judgment on the pleadings be granted; Plaintiff's motion for judgment on the pleadings be denied; and Plaintiff's complaint be dismissed. (Dkt. No. 25). Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 25, at 22 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a)). No objections were filed.

The Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); 28 U.S.C. § 636(b)(1)(C). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Id.* Neither of the parties has raised any objection to Magistrate Judge Lovric's Report-Recommendation. The Court has reviewed the Report-Recommendation for clear error and found none.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 25) is **ADOPTED** in all respects; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 21) is **GRANTED**; it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 17) is

**DENIED** and Plaintiff's complaint (Dkt. No. 1) be **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: <u>July 31, 2025</u>
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge